BUSH TERMINAL COMPANY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Argued March 14, 1932; decided March 29, 1932.)

*Arthur J. W. Hilly, Corporation Counsel (Sigmund F. Sarnowski* and *Joseph P. Reilly* of counsel), for appellant.
*Harper A. Holt* and *Abner J. Grossman* for respondent.

Order of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division, and the question certified answered in the negative on the authority of *Davidson* v. *City of New York* (221 N. Y. 487); no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.